# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE ANN SESSOM,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; NORM REEVES FORD SUPERSTORE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 24-3434-GW-MRWx<br><br>Hon. George H. Wu<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JOYCE ANN SESSOM ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 20, 2024.

The issue of Plaintiff's attorneys' fees, costs, and expenses remains outstanding. Plaintiff's attorneys will meet and confer their fees, costs, and expenses with hopes of resolving within 30 days.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $59,674.36 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: January 10, 2025

*George H. Wu*

HON. GEORGE H. WU,
United States District Judge