Tionna Carvalho (SBN 299010)
e-mail: tcarvalho@slpattorney.com
Angel M. Baker (SBN 227283)
e-mail: abaker@slpattorney.com
**STRATEGIC LEGAL PRACTICES,
A PROFESSIONAL CORPORATION**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone:  (310) 929-4900
Facsimile:    (310) 943-3838

ATTORNEYS FOR PLAINTIFF
JOYCE ANN SESSOM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE ANN SESSOM,<br><br>  Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY; NORM REEVES FORD SUPERSTORE; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: CV 24-3434-GW-MRWx<br><br>*District Judge: George H. Wu*<br>*Magistrate Judge: Michael R. Wilner*<br><br>Courtroom 9D<br>9th Floor<br><br>*State Ct. Case Initiated: October 20, 2023*<br>*Fed. Ct. Case Initiated: April 25, 2024*<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES** |

# ORDER

Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses ("Motion") came for hearing on May 29, 2025, District Court Judge George H. Wu presiding. After hearing all the arguments of counsel, and considering the papers submitted in support of and in opposition to the Motion, and good cause appearing, **IT IS ORDERED THAT** Plaintiff's Motion be granted, in part, and fees in the total amount of $27,000.00 in attorneys' fees and $3,0825.25 in costs and expenses are hereby awarded and payable to Plaintiff's counsel, Strategic Legal Practices, APC, and California Consumer Attorneys, P.C. within 60 days of this order.

Dated: May 30, 2025

HON. GEORGE H. WU,
United States District Judge